# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 12, 2023

Lyle W. Cayce
Clerk

No. 23-40061
Summary Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JOSE GUADALUPE FLORES-ROMERO,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:21-CR-73-1

_____

Before HIGGINBOTHAM, STEWART, and SOUTHWICK, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Jose Guadalupe Flores-Romero has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Flores-Romero has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-40061

well as Flores-Romero's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED; Flores-Romero's motion for appointment of substitute counsel is DENIED; counsel is excused from further responsibilities herein; and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.